B1 (Official Form 1)(1/08)

| **United States Bankruptcy Court**<br>District of Massachusetts | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Applewood Properties, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all)<br>**04-3513421** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**247 Goodale Street**<br>**West Boylston, MA**<br>ZIP Code **01583** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Worcester** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**P.O. Box 152**<br>**West Boylston, MA**<br>ZIP Code **01583** | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ■ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors
| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets
| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities
| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Applewood Properties, Inc.** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed:  **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: **Ronnie E. Chasse and Phyllis M. Chasse** | Case Number: **09-22530** | Date Filed: **12/30/09** |
| District: **Massachusetts** | Relationship: **Principal** | Judge: **William C. Hillman** |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)  ☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)  I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).  X_____  Signature of Attorney for Debtor(s)    (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

■ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

# Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s):
**Applewood Properties, Inc.**

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X  **/s/ Louis W. Mountzoures**
Signature of Attorney for Debtor(s)

**Louis W. Mountzoures 552454**
Printed Name of Attorney for Debtor(s)

**Law Office of Louis W. Mountzoures**
Firm Name

**11 Main Street
Suite 16
Southboro, MA 01772**
Address

Email: mountzoureslaw@aol.com
**508-480-8881  Fax: 508-480-8854**
Telephone Number

**December 30, 2009**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  **/s/ Ronnie E. Chasse**
Signature of Authorized Individual

**Ronnie E. Chasse**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**December 30, 2009**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## District of Massachusetts

In re  **Applewood Properties, Inc.**                                    Case No.
                                    Debtor(s)                            Chapter  **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | *Amount of claim [if secured, also state value of security]* |
| **Francis J. DiMento, Esq.**<br>**DiMento & Sullivan**<br>**7 Faneuil Marketplace, 3rd Floor**<br>**Boston, MA 02109** | **Francis J. DiMento, Esq.**<br>**DiMento & Sullivan**<br>**7 Faneuil Marketplace, 3rd Floor**<br>**Boston, MA 02109** | **Claim** | **Disputed** | **Unknown** |
| **Jason A. Kosow, Esq.**<br>**DiMento & Sullivan**<br>**7 Faneuil Marketplace, 3rd Floor**<br>**Boston, MA 02109** | **Jason A. Kosow, Esq.**<br>**DiMento & Sullivan**<br>**7 Faneuil Marketplace, 3rd Floor**<br>**Boston, MA 02109** | **Claim** | **Disputed** | **Unknown** |
| **John Hand**<br>**47 Kenberma Road**<br>**Worcester, MA 01604** | **John Hand**<br>**47 Kenberma Road**<br>**Worcester, MA 01604** | **Potential claim** | **Contingent**<br>**Unliquidated**<br>**Disputed** | **Unknown** |
| **Jonathan and April Anderson**<br>**248 Goodale Street**<br>**West Boylston, MA 01583** | **Jonathan and April Anderson**<br>**248 Goodale Street**<br>**West Boylston, MA 01583** | **Claim** | **Contingent**<br>**Unliquidated**<br>**Disputed** | **Unknown** |
| **Jones Reporting Company, Inc.**<br>**Two Oliver Street, Suite 804**<br>**Boston, MA 02109** | **Jones Reporting Company, Inc.**<br>**Two Oliver Street, Suite 804**<br>**Boston, MA 02109** | **Services** | | **1,200.00** |
| **Lowes Business Account**<br>**P.O. Box 98164**<br>**El Paso, TX 79998-1064** | **Lowes Business Account**<br>**P.O. Box 98164**<br>**El Paso, TX 79998-1064** | **Monies Loan** | | **3,500.00** |
| **Merrimack Mutual Fire Insurance Company,**<br>**Subrogee of Jonathan and April Anderson**<br>**95 Old River Road**<br>**Andover, MA 01810** | **Merrimack Mutual Fire Insurance Company,**<br>**Subrogee of Jonathan and April Anderson**<br>**95 Old River Road**<br>**Andover, MA 01810** | **Claim** | **Contingent**<br>**Unliquidated**<br>**Disputed** | **Unknown** |
| **Neil Mitchell**<br>**Neil Mitchell & Associates**<br>**1041 Sutton Street**<br>**Northbridge, MA 01534** | **Neil Mitchell**<br>**Neil Mitchell & Associates**<br>**1041 Sutton Street**<br>**Northbridge, MA 01534** | **Services** | | **Unknown** |
| **Paul Suschyk, Esq.**<br>**34 Mechanic Street**<br>**Worcester, MA 01608** | **Paul Suschyk, Esq.**<br>**34 Mechanic Street**<br>**Worcester, MA 01608** | **Services** | | **Unknown** |

B4 (Official Form 4) (12/07) - Cont.

In re **Applewood Properties, Inc.**      Case No. _____

                                Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br>*Name of creditor and complete mailing address including zip code* | (2)<br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Peter and Jodi LaFlash**<br>**2 Linden Street**<br>**Oxford, MA 01540** | **Peter and Jodi LaFlash**<br>**2 Linden Street**<br>**Oxford, MA 01540** | **Potential claim** | **Contingent**<br>**Unliquidated**<br>**Disputed** | **Unknown** |
| **Ramune Green**<br>**49 Kenberma Road**<br>**Worcester, MA 01604** | **Ramune Green**<br>**49 Kenberma Road**<br>**Worcester, MA 01604** | **Potential claim** | **Contingent**<br>**Unliquidated**<br>**Disputed** | **Unknown** |
| **Rebecca Ellis aka Rebecca Ells**<br>**2205 Route 7**<br>**Pownal, VT 05261** | **Rebecca Ellis aka Rebecca Ells**<br>**2205 Route 7**<br>**Pownal, VT 05261** | **Claim** | **Contingent**<br>**Unliquidated**<br>**Disputed** | **Unknown** |
| **Robert C. Cordaro, Esq.**<br>**Suite 200, 116 North Washington Avenue**<br>**Scranton, PA 18503** | **Robert C. Cordaro, Esq.**<br>**Suite 200, 116 North Washington Avenue**<br>**Scranton, PA 18503** | **Claim** | **Disputed** | **Unknown** |
| **Robert Meltzer, Esq.**<br>**P.O. Box 1459**<br>**Framingham, MA 01701** | **Robert Meltzer, Esq.**<br>**P.O. Box 1459**<br>**Framingham, MA 01701** | **Services** | | **Unknown** |
| **Setwright, Inc.**<br>**2205 Route 7**<br>**Pownal, VT 05261** | **Setwright, Inc.**<br>**2205 Route 7**<br>**Pownal, VT 05261** | **claim** | **Contingent**<br>**Unliquidated**<br>**Disputed** | **Unknown** |
| **Signature Building Systems, Inc.**<br>**1004 Springbrook Avenue**<br>**Moosic, PA 18507** | **Signature Building Systems, Inc.**<br>**1004 Springbrook Avenue**<br>**Moosic, PA 18507** | **Claim** | **Disputed** | **Unknown** |
| **Simpson Gumpertz & Heger Inc.**<br>**41 Seyon Street**<br>**Building 1, Suite 500**<br>**Waltham, MA 02453** | **Simpson Gumpertz & Heger Inc.**<br>**41 Seyon Street**<br>**Building 1, Suite 500**<br>**Waltham, MA 02453** | **Claim** | **Disputed** | **Unknown** |
| **Stephan P. Adamczyk**<br>**Setwright, Inc.**<br>**2205 Route 7**<br>**Pownal, VT 05261** | **Stephan P. Adamczyk**<br>**Setwright, Inc.**<br>**2205 Route 7**<br>**Pownal, VT 05261** | **Claim** | **Disputed** | **Unknown** |
| **Steven W. White & Associates, P.C.**<br>**Tenth Floor, 255 Park Avenue**<br>**Worcester, MA 01609** | **Steven W. White & Associates, P.C.**<br>**Tenth Floor, 255 Park Avenue**<br>**Worcester, MA 01609** | **Services** | | **5,018.08** |
| **Thomas Dwyer, Esq.**<br>**Dwyer & Collora, LLP**<br>**600 Atlantic Avenue**<br>**Boston, MA 02210** | **Thomas Dwyer, Esq.**<br>**Dwyer & Collora, LLP**<br>**600 Atlantic Avenue**<br>**Boston, MA 02210** | **Claim** | **Disputed** | **Unknown** |

Document      Page 6 of 10

B4 (Official Form 4) (12/07) - Cont.

In re **Applewood Properties, Inc.**                                          Case No.

                                    Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date **December 30, 2009**           Signature  **/s/ Ronnie E. Chasse**
                                                **Ronnie E. Chasse**
                                                **President**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

Software Copyright (c) 1996-2009 Best Case Solutions - Evanston, IL - (800) 492-8037                                          Best Case Bankruptcy

# United States Bankruptcy Court
### District of Massachusetts

In re  **Applewood Properties, Inc.**                                                    Case No.
                                     Debtor(s)                                           Chapter  **11**

## VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  **December 30, 2009**                    **/s/ Ronnie E. Chasse**
                                                **Ronnie E. Chasse**/**President**
                                                Signer/Title

Anna K. Bennett, Esq.
Dolbec, McGrath & Bennet
115 Billings Road
Quincy, MA 02171

Francis J. DiMento, Esq.
DiMento & Sullivan
7 Faneuil Marketplace, 3rd Floor
Boston, MA 02109

Jason A. Kosow, Esq.
DiMento & Sullivan
7 Faneuil Marketplace, 3rd Floor
Boston, MA 02109

John Hand
47 Kenberma Road
Worcester, MA 01604

Jonathan and April Anderson
248 Goodale Street
West Boylston, MA 01583

Jones Reporting Company, Inc.
Two Oliver Street, Suite 804
Boston, MA 02109

Lowes Business Account
P.O. Box 98164
El Paso, TX 79998-1064

Merrimack Mutual Fire Insurance Company,
Subrogee of Jonathan and April Anderson
95 Old River Road
Andover, MA 01810

Neil Mitchell
Neil Mitchell & Associates
1041 Sutton Street
Northbridge, MA 01534

Paul Suschyk, Esq.
34 Mechanic Street
Worcester, MA 01608

Peter and Jodi LaFlash
2 Linden Street
Oxford, MA 01540

Ramune Green
49 Kenberma Road
Worcester, MA 01604

Rebecca Ellis aka Rebecca Ells
2205 Route 7
Pownal, VT 05261

Robert C. Cordaro, Esq.
Suite 200, 116 North Washington Avenue
Scranton, PA 18503

Robert Meltzer, Esq.
P.O. Box 1459
Framingham, MA 01701

Ronnie and Phyllis Chasse
15 Lyndale Road
South Yarmouth, MA 02664

Setwright, Inc.
2205 Route 7
Pownal, VT 05261

Setwright, Inc.
11 Mechanic Falls Road
Suite 2
Oxford, ME 04270

Signature Building Systems, Inc.
1004 Springbrook Avenue
Moosic, PA 18507

Simpson Gumpertz & Heger Inc.
41 Seyon Street
Building 1, Suite 500
Waltham, MA 02453

Stacy Hott
Setwright, Inc.
11 Mechanic Falls Road
Suite 2
Oxford, ME 04270

Stephan P. Adamczyk
Setwright, Inc.
2205 Route 7
Pownal, VT 05261

Steven W. White & Associates, P.C.
Tenth Floor, 255 Park Avenue
Worcester, MA 01609

Thomas Dwyer, Esq.
Dwyer & Collora, LLP
600 Atlantic Avenue
Boston, MA 02210

```
Victor DePhillips
Signature Building Systems, Inc.
1004 Springbrook Avenue
Moosic, PA 18507-1814
```